1 DEBRA WONG YANG
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
SHARLA CERRA  (CSB #187176)
4 Assistant United States Attorney
          Federal Building  Suite 7516
5          300 North Los Angeles  Street
          Los Angeles, California
6          Tel. 213 894-6117
          FAX:  213 894-7819
7          Email:  Sharla.Cerra@usdoj.gov

8 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| EUGENE HAMILTON,<br><br>            Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendant. | No.  CV 06-3519 JC<br><br>[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO FILE A SUMMARY JUDGMENT MOTION |

Based upon the parties' stipulation to extend defendant's time to file a summary judgment motion, IT IS HEREBY ORDERED that defendant may file her summary judgment motion on or before October 27, 2006.

Dated: 9/25/06                              /s/
                                       JACQUELINE CHOOLJIAN
                                       UNITED STATES MAGISTRATE JUDGE

-1-